**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | |
|---|---|
| **ALLISON FAULKNER,** | ) Case No. 3:23-cv-588 |
| Plaintiff, | ) Hon. Rebecca Grady Jennings |
| v. | ) |
| **DENTAL ASSISTING ACADEMY OF LOUISVILLE, LLC, d/b/a MEDQUEST COLLEGE,** | ) |
| Defendant. | ) |

This matter is before the Court on Plaintiff's Motion for Leave to File Second Amended Complaint. Having considered the arguments of counsel and being in all ways sufficiently advised, the Court finds that Plaintiff's Motion is well taken and is granted.

**IT IS THEREFORE ORDERED**, that Plaintiff shall file their Second Amended Complaint of record within ___ days of the entry of this Order.

**DATED:** _____

_____
**Hon. Rebecca Grady Jennings,**
**United States District Court Judge**