UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

| | | |
|---|---|---|
| ALLISON FAULKNER | ) | |
| | ) | Case No. 3:23-cv-00588-RGJ-CHL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DENTAL ASSISTING ACADEMY | ) | |
| OF LOUISVILLE, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## Defendant Dental Assisting Academy of Louisville, LLC'S Submission of Jury Instructions and Voir Dire

Defendant, Dental Assisting Academy of Louisville d/b/a MedQuest College ("MedQuest"), by counsel, submits the attached jury instructions and voir dire in accordance with the Scheduling Order (DN 10). The undersigned was in the midst of assembling the jury instructions when he received the Court's Memorandum Opinion & Order (DN 48). As the instructions were already overdue and subject to a request to be submitted by close of business today, MedQuest submits the attached set but has already begun drafting a revised set in light of the Court's order and will submit those as soon as possible.

Respectfully submitted,

*/s/ John H. Dwyer, Jr.*
John H. Dwyer, Jr.
**Wilson Elser Moskowitz Edelman & Dicker, LLP**
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
Telephone: (502) 238-8500
Email: john.dwyer@wilsonelser.com
C*ounsel for Defendant*

1