UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

| | |
|---|---|
| ALLISON FAULKNER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DENTAL ASSISTING ACADEMY )<br>OF LOUISVILLE, LLC )<br>)<br>Defendant. ) | Case No. 3:23-cv-00588-RGJ-CHL |

## Defendant Dental Assisting Academy of Louisville, LLC'S Proposed Voir Dire

Defendant, Dental Assisting Academy of Louisville d/b/a MedQuest College ("MedQuest"), proposes the following voir dire in accordance with the Court's Scheduling Order (DN 10). MedQuest has omitted typical juror qualification and physical capability questions.

1

1. Given the nature of the allegations in this case (disability discrimination and retaliation), does anyone believe that he or she could not be a fair and impartial juror?

2. Does anyone know, or is anyone related to, the plaintiff in this case, Allison Faulkner? If so, how do you know her?

3. Is anyone familiar with the defendant in this case, Dental Assisting Academy of Louisville, LLC, more commonly known as MedQuest College? If so, how are you familiar with it?

4. Have you every head anything, whether negative or positive, about MedQuest College? If so, what have you heard?

5. Have you or has anyone you know ever worked for MedQuest College? If yes,

    a. Do you, or does the person you know, still work there?

    b. If not, when and how did your or that person's employment end?

    c. Do you have any feelings about the way your or that person's employment with MedQuest College ended? If so, what are those feelings?

6. Have you or has anyone you know had any business or other relationship with MedQuest College? If yes,

    a. Please explain the nature of this business relationship with MedQuest.

    b. Do you have any views as a result of that relationship that would affect your ability to be a fair and impartial juror?

7. Ms. Fulcher is represented by Justin Whittaker of Whittaker law. Does anyone know Mr. Whittaker? Has anyone heard of his law firm or does anyone know someone else that works at this firm?

8. Defendant is represented by John Dwyer from the law firm Wilson Elser Moskowitz Edelman & Dicker LLP. Does anyone know Mr. Dwyer? Has anyone heard of this law firm or does anyone know someone else that works at this firm?

9. Do any of you have any knowledge of the facts or events in, or have any interest in the outcome of the case?

10. Do you consider your boss or supervisor to be your colleague or adversary?

11. Have you, or has your spouse or any other member of your family, or any close friend ever studied or practiced law or worked in a law office or for an attorney? If so,

    a. What can you tell us about your or that person's practice of law?

    b. Would this relationship or experience affect your ability to follow the Court's instructions as to the law and to act as a fair and impartial juror in this case and render an impartial verdict based solely upon the Court's instructions with which you will be provided and the evidence you will hear during the trial?

12. The following is a list of potential witnesses: [witnesses from witness list]. Does anyone know any of these individuals? If yes,

    a. Which potential witness(es) do you know?

    b. How do you know this person?]

    c. Will this affect your ability to be a fair and impartial juror?

13. Have you ever held a job or position where you were in charge of supervising others?

    a. If yes, have you ever had to supervise a difficult employee?

14. True or false: managers look for any excuse to discipline their employees?

15. Have you or any member of your family, any close friend, neighbor, or associate worked at a high school or college?

16. Have you ever been the victim of conduct in the workplace that you believe was disability discrimination or retaliation? If yes,

    a. Please explain the circumstances.

        i. Did you file a complaint, either internally with the company or externally with a government agency or court, as a result of this treatment?

            1. If yes, please explain.

            2. If not, why not?

            3. Will this experience have any impact upon your ability to act as a fair and impartial juror in this case?

        ii. If no, even though you have not been the victim of disability discriminatory or harassment, have you ever felt that a supervisor or co-worker treated you differently in the workplace because of your disability? If yes,

            1. Please explain the circumstances.

      2. Will this experience affect your ability to act as a fair and impartial juror in this case?

17. Have any of your close friends or family members been involved in any incident involving workplace discrimination or retaliation, or alleged workplace discrimination or retaliation related to their disability, regardless of whether a claim or lawsuit was brought?

    a. Please explain the circumstances.

    b. Will this experience have any impact upon your ability to act as a fair and impartial juror in this case?

18. At any point in your career, have you ever made any complaints to human resources about a co-worker or supervisor? If yes,

    a. What did the company do in response to your complaint?

    b. How did you feel your company handled your complaint?

19. Has any employer ever disciplined you in the course of your job for reasons that you felt were unfair?

    a. If yes, please explain the circumstances.

    b. Will this experience have any impact upon your ability to act as a fair and impartial juror in this case?

20. Have you ever made a request for a disability accommodation in the workplace?

    a. If yes, what for?

    b. How did you feel your employer handled the request?

    c. Will this experience have any impact upon your ability to act as a fair and impartial juror in this case?

21. Have you ever felt retaliated against by your employer in the scope of your job due to complaints to HR?

    a. If yes, please explain the circumstance.

    b. Will this experience have any impact upon your ability to act as a fair and impartial juror?

22. Has any employer ever terminated you from a job for reasons that you felt were unfair?

    a. If yes, lease explain the circumstances.

    b. Will this experience have any impact upon your ability to act as a fair and impartial juror in this case?

23. Have you or has anyone in your family, a close friend, neighbor, or associate ever filed a charge of discrimination with the Equal Employment Opportunity Commission (EEOC), or a similar state agency, related to your employment? If yes,

    a. What was the basis for your EEOC charge?

    b. What was the result of your EEOC charge?

    c. Were you happy with the result?

    d. Will this experience have any impact upon your ability to act as a fair and impartial juror in this case?

24. Has any current or former co-worker of yours ever filed a complaint against you alleging any type of discrimination or harassment? If yes,

    a. Please explain the circumstances.

    b. Please explain your company's response, if any.

    c. Will this experience have any impact upon your ability to act as a fair and impartial juror in this case?

25. This case involves allegations of race discrimination or harassment. Do you have any concerns about hearing testimony or considering evidence that the plaintiff believes supports his claims of race discrimination, such as racial slurs, racially offensive pictures or images, etc.?

26. This case involves issues related to disability discrimination, do you have any concerns about hearing testimony or considering evidence that the plaintiff believes supports his claims of disability discrimination?

27. Have any of you ever been a witness in a lawsuit before? If yes,

    a. Please explain the circumstances.

    b. Were you deposed?

    c. For which side were you a witness?

    d. Did you testify at trial?

    e. Would this experience affect your ability to act as a fair and impartial juror in this case?

28. Have you ever served on a jury before? If yes,

    a. When?

7

    b. What court?

    c. What type of case?

    d. Did that jury deliberate?

    e. Did that jury reach a verdict?

    f. Did that jury award compensatory damages for pain and suffering?

    g. Did that jury award punitive damages?

    h. Would that experience affect your ability to act as a fair and impartial juror in this case?

29. Do you have any feelings, for or against, about awarding damages for emotional pain and suffering that may enter into your decision making process?

30. Do you have any feelings, positive or negative, about awarding punitive damages that may enter into your decision making process?

31. Are you now, or have you ever been, a member of any social, civic, charitable or volunteer organization(s) of any kind, either through, or outside of work? If yes,

    a. What is the organization called?

    b. What is its purpose?

    c. Are you active in this organization?

    d. How long have you belonged to this organization?

    e. Do you now, or have you ever, held a leadership position in that organization?

32. Are there any reasons, such as a visual or hearing impairment, or an issue speaking or understanding the English language, that might interfere with your ability to serve as a juror in this case?