### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE

| | |
|---|---|
| **ALLISON FAULKNER,** | ) Case No. 3:23-cv-588 |
| Plaintiff, | ) Hon. Rebecca Grady Jennings |
| v. | ) |
| **DENTAL ASSISTING ACADEMY OF LOUISVILLE, LLC, d/b/a MEDQUEST COLLEGE,** | ) |
| Defendant. | ) |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE PRETRIAL COMPLIANCE ONE DAY OUT OF TIME

**COMES NOW,** the undersigned counsel for the Plaintiff, Allison Faulkner and respectfully moves for leave to tender proposed voir dire questions and Jury Interrogatories one day out of time on September 11, 2025. As grounds, the undersigned experienced a computer crash on the afternoon of September 10, 2025, resulting in the permanent loss and deletion of drafts of the same. As a result, the undersigned was unable to make the deadline of the same day. This Motion is tendered in good faith and not for purposes of delay or other dilatory motive. The undersigned respectfully submits that no party will be prejudiced if the Court grants the relief requested in this Motion. That said, if the Court feels that a sanction for untimely compliance is warranted, the undersigned respectfully submits that such a sanction should be levied entirely at the undersigned and not Ms. Faulkner.

**DATED: September 10, 2025.**

Respectfully submitted,

***/s/ Justin M. Whittaker***
Justin M. Whittaker, Esq. (92364)
WHITTAKER LAW, LLC
2055 Reading Road, Suite 260
Cincinnati, Ohio 45202
Tel: (513) 457-5545
Fax: (513) 436-0698
Justin@WhittakerLawFirm.com

**Counsel for
Plaintiff Allison Faulkner**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Proposed Jury Instructions was filed electronically through the Court's CM/ECF filing system on **September 10, 2025**. Notice of this filing will be sent to all parties of record by operation of the Court's CM/ECF filing system.

*/s/Justin M. Whittaker*
Justin M. Whittaker, Esq. (92364)