UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ALLISON FAULKNER )
                                                    )        Case No. 3:23-cv-00588-RGJ-CHL
        Plaintiff,                          )
                                                    )
v.                                              )
                                                    )
DENTAL ASSISTING ACADEMY OF )
LOUISVILLE, LLC,                     )
                                                    )
        Defendant.                       )

## NOTICE OF ENTRY OF APPEARANCE

Comes attorney Andrew Bokeno of the law firm of Wilson Elser Moskowitz Edelman & Dicker, LLP, and hereby enters his appearance as co-counsel for Defendant, Dental Assisting Academy of Louisville, LLC. He further respectfully requests counsel to add him on the Certificate of Service for all future filings in this matter.

Respectfully submitted,

*/s/ Andrew Bokeno*
John H. Dwyer, Jr.
Andrew Bokeno
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
100 Mallard Creek Road, Suite 250
Louisville, KY  40207
(502) 238-8500
john.dwyer@wilsonelser.com
aj.bokeno@wilsonelser.com
*Counsel for Defendant Dental Assisting Academy of Louisville, LLC*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this the 11th day of September 2025, the foregoing was filed with the Clerk of the Court via the CM/ECF system, which will send notice of electronic filing to the following:

Justin M. Whittaker, Esq.
Whittaker Law, LLC
2055 Reading Road, Suite 260
Cincinnati, Ohio 45202
Tel: (513) 457-5545
Fax: (513) 436-0689
Justin@WhittakerLawFirm.com
*Counsel for Plaintiff*

/s/ *Andrew Bokeno*
Andrew Bokeno
*Counsel for Defendant*

2

319849859v.1