UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

| | |
|---|---|
| ALLISON FAULKNER ) | |
| ) | Case No. 3:23-cv-00588-RGJ-CHL |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DENTAL ASSISTING ACADEMY ) | |
| OF LOUISVILLE, LLC ) | |
| ) | |
| Defendant. ) | |

## Defendant Dental Assisting Academy of Louisville, LLC'S Submission of Revised Jury Instructions

Defendant, Dental Assisting Academy of Louisville d/b/a MedQuest College ("MedQuest"), by counsel, submits the attached revised and complete jury instructions, with verdict form, in accordance with the Scheduling Order (DN 10). These instructions address only the claims remaining after the Court's September 10 Memorandum Opinion & Order (DN 48). In accordance with the text order at DN 52, MedQuest believes it's pretrial submissions and memoranda are now complete.

Respectfully submitted,

*/s/ John H. Dwyer, Jr.*
John H. Dwyer, Jr.
**Wilson Elser Moskowitz Edelman & Dicker, LLP**
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
Telephone: (502) 238-8500
Email: john.dwyer@wilsonelser.com
C*ounsel for Defendant*

1