# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | |
|---|---|
| ALLISON FAULKNER, ) | Case No. 3:23-cv-588 |
| ) | |
| Plaintiff, ) | HON. REBECCA GRADY JENNINGS |
| ) | |
| v. ) | |
| ) | |
| DENTAL ASSISTING ACADEMY ) | |
| OF LOUISVILLE, LLC, d/b/a ) | |
| MEDQUEST COLLEGE, ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS AND INTERROGATORIES FOR THE COURT'S USE AT TRIAL

**COMES NOW**, Plaintiff Allison Faulkner by and through counsel and respectfully tenders her proposed *voir dire* questions and interrogatories for the Court's use at trial.

**DATED: September 11, 2025.**

Respectfully submitted,

*/s/ Justin M. Whittaker*
Justin M. Whittaker, Esq. (92364)
WHITTAKER LAW, LLC
2055 Reading Road, Suite 260
Cincinnati, Ohio 45202
Tel: (513) 457-5545
Fax: (513) 436-0698
Justin@WhittakerLawFirm.com

**Counsel for
Plaintiff Allison Faulkner**

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically through the Court's CM/ECF filing system on **September 11, 2025**. Notice of this filing will be sent to all parties of record by operation of the Court's CM/ECF filing system.

/s/Justin M. Whittaker
Justin M. Whittaker, Esq. (92364)

You're going to be asked to consider testimony and other evidence in this case about workplace discrimination involving an employee on the one hand, and on the other hand, the employee's supervisor, and the employer's executives. After both sides have presented their cases to you, I will instruct you about certain legal definitions and terms important to your resolution of the claims and defenses alleged by the parties.

1. Are you familiar with the idea that in many instances, your employer has the right to give you instructions about the nature of your job, how to do your job, when to do your job, and where you do your job?

2. Do you generally understand that many employers take the form of companies who are owned and managed by more than one person?

3. Are you familiar with the idea that companies are made up of people, and those people appoint others to speak and act on their behalf?

4. Are you also familiar with the idea that companies appoint managers and supervisors to ensure that non-supervisory employees complete tasks in the manner that the employer wants them to be completed?

5. In other words, do you understand that sometimes when some employees in the position of supervisor or manager speak and act, they're not just speaking and acting for themselves, but on behalf of their employer?

6. And sometimes the people appointed by an employer to act or speak on their behalf can do or say things that the law says are illegal, whether they do those things on purpose or otherwise?

7. Are any of you personally aware of instances in which perhaps your employer was accused of doing something wrong because of the actions of one of its employees?

8. Are any of you personally aware of instances in which you thought an employer, perhaps your employer, should have been held accountable for wrongdoing but wasn't?

9. Have any of you personally accused your employer of something you thought was wrong? If so, did your employer have a procedure for reporting those things? Do you believe it's appropriate for employers to have procedures for employees to report things they believe are improper? Do you believe that employees should be punished or not punished, for reporting things in the workplace they believe to be improper?

10. And are you able to set aside your personal feelings about what you believe is or isn't illegal, or should or shouldn't be illegal, if that's different than what I instruct you the law says? And that you must do so? You understand that you must follow the law as you are instructed by me?

11. And are you all able to set aside your personal feelings about whether employers should be held responsible for the actions of people working for them?

12. Are you able to set aside your personal feelings about whether an employer should or shouldn't be allowed to punish an employee for reporting something they believe to be improper, and follow the law as I instruct?

13. You understand that companies that employ people can sometimes be very big, sometimes very small, and sometimes somewhere in the middle?

14. Are you all aware that many times, laws apply to employers no matter how big or small they are?

15. Are you all able to accept and follow my instructions about how employment laws apply to employers, regardless of how big or small they are?

16. Are you able to set aside your personal feelings about whether small companies should be subject to the same laws as bigger companies? Are you able to set aside your personal feelings about whether large companies should be punished more than smaller companies?

17. Are any of you, or your spouses, or partners, or other family members employed as managers or a supervisor for their employer? Or do any of you supervise other employers who haven't been appointed by the employer to manage others?

18. On the other hand, are any of you employed by an employer who has appointed a manager or supervisor to instruct you on how, when, and where to do your job?

19. Have you or your spouse, partner, children or other family members ever been accused of discriminating against an employee you or they supervise for any reason?

20. How about because the employee was disabled?

21. Have you ever accused your manager or supervisor of discriminating against you for any reason, including for being disabled?

22. Do you understand that many times employers can hire or fire an employee for any reason? That it is often left to the employer to decide who is the best person for the job?

23. Do you also understand that the law says that some reasons for hiring or firing someone are illegal, and that employers can't make decisions based on those reasons?

24. For example, you understand that some state and federal laws say that employers can't hire or fire someone based on that person's skin color, or religion, or because they have a disability?

25. And we generally understand those laws to prohibit "discrimination" in those instances? Do you generally understand that there are certain laws that prohibit certain kinds of discrimination in the workplace? And the same time, the law doesn't prohibit certain other kinds of discrimination in the workplace?

26. Do you understand and accept that the legal definition of "discrimination" might be different than what you consider to be discrimination?

27. Do you understand and accept that while you might personally disagree with the law, the law might say that it's illegal to discriminate against some people for certain reasons? And you agree that it's important for employers and employees alike to follow the law regardless of your personal feelings, and regardless of their personal feelings?

28. Is anyone unable to accept that?

29. Is anyone unable to accept that I will instruct you on the law, and you might disagree with what the law says, but you must still apply the law how you are instructed?

30. Is there anyone who cannot set aside their personal feelings about groups of people that the law says cannot be discriminated against in their employment based on certain factors?

31. Is there anyone who believes that employers should be able to discriminate against people with disabilities because they have disabilities?

32. Is there anyone who believes that employers should be able to discriminate against people who the law says are disabled, but you don't personally agree that they are disabled?

33. Is anyone unable to accept that no matter what your personal opinions are, the law says that it's sometimes illegal to discriminate against employees because they have a "disability?"

34. It's possible that some of you might know someone who "receives disability" payments or is "on disability" because they have a condition that prevents them from working at all.  Some of you might have personal feelings about that one way or another.

35. Do you all understand that in other instances, an employee might have a disability or be disabled and still be able to work, but perhaps differently than how other people are able to work?

36. Do you all understand that those are two different kinds of cases that also use the term "disability"?

37. Is there anyone who doesn't distinguish between the two types of cases?

38. Is there anyone who cannot set aside their personal feelings about people who receive money from the government for being disabled, from people whom the law says employers cannot discriminate against because they have a disability?

39. Do any of you not understand that? Or are any of you unable to separate the two situations?

40. Are all of you able to set aside your personal feelings about what "discrimination" means under the law, and apply the definition that I instruct you to apply?

41. Is anyone not able to do that?

42. And you understand that you must apply the definition of terms like "discrimination" and "disability" as I instruct?

43. Is anyone not able to follow my instructions about that?

44. Is there anyone unwilling to follow my instructions about what the law is if you disagree with it?

45. Are any of you unable to set aside your personal beliefs about those definitions?

46. You understand that if your personal beliefs differ from my instructions, you must set aside your personal beliefs and apply the law as I instruct you to apply it?

47. Is there anyone who believes that people who have disabilities or are disabled are being lazy?

48. Is there anyone who believes that if a person has a disability, the law shouldn't require their employer to make an accommodation for the employee, so long as the accommodation is reasonable and won't harm the employer?

49. Is there anyone who believes that an employer should accept what an employee asks or in terms of an accommodation, no matter what it is?

50. Is there anyone who believes that an employer should be able to refuse to accommodate an employee who is disabled?

51. Do you agree that it makes sense for the employee and employer to try to work out something that they can both live with, that will allow the employee to work, and allow the employer to run their business and make decisions for their business?

52. Are you all familiar with the idea that the executives and managers of an employer might have different legal obligations than employees who aren't managers or executives?

53. Has anyone ever:

   a. Accused your employer of discrimination for any reason?

   b. Filed a complaint with the EEOC for any reason?

   c. Accused you of discrimination or filed a complaint against you with the EEOC?

   d. Accused your employer of discriminating against you because of a disability?

   e. Filed a complaint with the EEOC because your employer discriminated against you based on a disability?

54. Does anyone believe that a disability can only be based on a physical condition?

55. Does anyone believe that a condition has to be visible or obvious to another person to qualify as a disability?

56. Do you all understand and accept that sometimes a disability isn't necessarily visible or obvious, regardless of what you personally believe about it?

57. Do all of you understand that sometimes a disability doesn't have to be physical?

58. Do all of you understand that sometimes a disability can be a mental health condition, or another condition that isn't visible or obvious by looking at the person?

59. Is there anyone who can't set aside their personal beliefs about who qualifies as being disabled? Is there anyone who can't set aside their personal beliefs about who the law sometimes says isn't disabled?

60. Do you all understand and agree that sometimes a person might seem disabled, but they are not disabled?

61. Do you all understand and agree that sometimes a person might not seem disabled, but according to the law, they are?

62. And do you understand that just because someone has a health condition – be it mental or physical – that doesn't necessarily mean they have a "disability" as the law defines it, and how I will instruct you to define it?

63. Do you understand that a condition might not be a disability for you, but might be a disability for someone else?

64. And by the same token, a condition might be a disability for you, but not for someone else?

65. Do you understand that even though a person is disabled, if the employer makes an accommodation for them, their disability is less likely to negatively impact their ability to do their job?

66. Are you able to consider the facts and circumstances that I instruct you to consider when deciding whether someone is disabled or not?

67. Is there anyone who believes that they cannot separate their personal beliefs from the law that I instruct you to apply?

68. Can all of you set aside your personal beliefs?

69. Is there anyone who, no matter what they're instructed, believes that an employer can discriminate against someone even if the law says they can't?

70. On the other hand, is there anyone who believes that no matter what instructions I give you, an employer can't hold an employee accountable for doing their job just because the employee is disabled?

71. Is there anyone who believes that no matter what instructions I give you, an employee can do whatever they want just because they're disabled?

72. Has anyone, or their spouse, or partner, or other family member ever had a job where they were able to work from home some or all of the time?

73. Do you all understand that some jobs can be performed that way, while others cannot?

74. Is there anyone who has a job where it's not possible for them to work from home?

75. Or your employer won't allow you to work from home even though you believe you can do your work from home?

76. Do you all understand that generally speaking, an employer can decide where an employee performs his job, the hours of the job, and the like?

77. Do you all understand that it depends on the circumstances of the job as to whether it can be performed remotely or by physically reporting to a workplace?

78. Do you all understand that just because an employer may want an employee to physically report to a workplace, sometimes it's not possible for the employee to do that because of a disability?

79. And that it depends on the circumstances as to whether that's the case?

80. Are you able to set aside your personal beliefs about employees who work remotely and accept that the law says that allowing them to do that is reasonable under the circumstances?

81. Are you all able to accept the idea that many times a doctor or physician is in a better position than an employee, or her employer to determine whether the employee is disabled or has a disability?

82. Sometimes these disabilities require a diagnosis from a doctor to be able to say what the disability is?

83. And sometimes doctors might recommend that their patients do or avoid doing certain things, or take certain medications, or use certain tools to make it easier for them to manage their disabilities?

84. Do any of you believe that the employer should be able to prevent an employee from doing things that their doctor recommends for any reason at all?

85. Do any of you believe that just because a doctor diagnoses someone with a disability, the employee can do whatever he wants, regardless of what the employer wants?