UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| ALLISON FAULKNER | ) |
|  | ) Case No. 3:23-cv-00588-RGJ-CHL |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| DENTAL ASSISTING ACADEMY OF | ) |
| LOUISVILLE, LLC, | ) |
|  | ) |
| Defendant. | ) |

## Withdrawal of Motion to Continue Trial

Defendant Dental Assisting Academy of Louisville, LLC ("Medquest"), withdraws its motion to continue the trial in this action (DN 43). The Tennessee action referenced in that motion has been resolved, eliminating the potential conflict.

Respectfully submitted,

*/s/ Andrew Bokeno*
John H. Dwyer, Jr.
Andrew Bokeno
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
(502) 238-8500
john.dwyer@wilsonelser.com
aj.bokeno@wilsonelser.com
*Counsel for Defendant Dental Assisting Academy of Louisville, LLC*