UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

| | | |
|---|---|---|
| ALLISON FAULKNER | ) | Case No. 3:23-cv-00588-RGJ-CHL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DENTAL ASSISTING ACADEMY OF | ) | |
| LOUISVILLE, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## Order on Defendant's Motion to Withdraw

Defendant, Dental Assisting Academy of Louisville, LLC ("MedQuest"), having moved Court to withdraw its motion to continue jury trial in this action, IT IS ORDERED that the Motion to Withdraw Motion to Continue [DE 56] is **GRANTED** and the Clerk of Court is directed to terminate the Motion to Continue [DE 43].

Rebecca Grady Jennings, District Judge
United States District Court

September 16, 2025