UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ALLISON FAULKNER     Plaintiff

v.     Civil Action No. 3:23-CV-588-RGJ

DENTAL ASSISTING ACEDEMY OF LOUISVILLE, LLC (MEDQUEST)     Defendant

\* \* \* \* \*

## MEMORANDUM OF FINAL PRETRIAL CONFERENCE AND ORDER

An in-person final pretrial conference was held in this matter on September 16, 2025, before the Honorable Rebecca Grady Jennings, United States District Judge. The Court's reporter was April Dowell. The following counsel participated in the final pretrial conference:

    For the Plaintiff:     Justin M. Whittaker, along with the plaintiff.

    For the Defendants:     John H. Dwyer, Jr., along with representatives

The Court will have the Magistrate Judge contact the parties for *ex parte* calls for settlement. There was one request by the defense to add one question to the jury questionnaire. The logistics of the trial, including the *voir dire* process, jury selection, exhibit lists, witness lists, and jury instructions were discussed. The parties updated the Court on the length of trial, which should be five (5) days. There are no pending motions before the Court at this time. Any evidentiary issues and trial logistics were also discussed. The Court being otherwise sufficiently advised, **IT IS ORDERED** as follows:

    (1)     The jury trial shall remain as scheduled for **October 20, 2025 at 9:30 a.m.** The Court has set aside five (5) days for trial. Parties believe that the case should take five (5) days to try. If a settlement is reached in this matter, counsel shall email the Court's Deputy via andrea_morgan@kywd.uscourts.gov.

1

(2) The case remains referred to Magistrate Judge Colin H. Lindsay for settlement purposes. At the request of the parties, the Magistrate Judge will make *ex parte* calls to the parties.

(3) The proposed jury questionnaire that was sent to the parties before the final pretrial conference, and no objections by the plaintiff and the defense requested one additional question to be added which will be added to the questionnaire.

(4) Counsel shall resubmit their exhibit lists to the Court **by the close of business on October 10, 2025.**

(5) A joint statement that will be read to the jury shall filed **on or before the close of business on September 19, 2025** and a thumb drive of marked exhibits from each party for the Court's use during the trial provided to the Court's Deputy, Ms. Andrea Morgan by **October 15, 2025.**

(6) Counsel shall be prepared to provide to the Court their exhibits by thumb drive at the conclusion of the trial. Counsel shall provide the Court Reporter all exhibits that were admitted into the record for the jury.

(7) The Court will seat eight jurors. The Plaintiffs will be entitled to three peremptory strikes and the Defendants will be entitled to three peremptory strikes. The Clerk will then call a total of 14 jurors from the remaining list of eligible jurors from the wheel. The first eight that are not struck by either party would be the jury pursuant to Rule 47 and 48 of Civil Rules of Procedure.

(8) Any agreed stipulations shall be prepared as a Court filing and not filed in the Court record. The stipulations shall be tendered to the Court at the appropriate time during the trial. Then, the Court will file this document in the record.

(9) Jury questionnaires are now sent to the jurors electronically, if a juror request the jury questionnaire in paper format the jury administrator will forward the questionnaire to the juror. Upon return of the questionnaires to the Clerk's Office, they will then be docketed in the *CM/ECF* case management system as a sealed document and only counsel of record will be given access. The Court will then direct the Court's Deputy after trial to seal these docket entries from all parties. Counsel shall note that this may be done in several separate entries and different day's depending on when the jury administrator receives responses.

(10) A **jury conference is scheduled for October 17, 2025 at 12:30 p.m.** before Judge Rebecca Grady Jennings, Louisville, Kentucky. The Court will hear any joint strikes for cause and each side strikes for cause. The parties are encouraged to meet before the conference to discuss any joint strikes.

September 18, 2025

Rebecca Grady Jennings, District Judge
United States District Court

Copies to:   Counsel of record
             Jury Administrator
             MJ CHL Chambers

Court Time:  00/35
Court Reporter: April Dowell

3