UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| ALLISON FAULKNER, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DENTAL ASSISTING ACADEMY OF )<br>LOUISVILLE, LLC, )<br>)<br>    Defendant. ) | Case No. 3:23-cv-00588-RGJ-CHL |

**SUBMISSION OF JOINT STATEMENT OF CASE**

In accordance with the Scheduling Order (DN 10) and the Court's instructions at the September 16, 2025, pretrial conference, as memorialized in DN 59, MedQuest admits, with the consent of plaintiff, the following joint statement of the case:

Plaintiff Allison Faulkner alleges that Defendant MedQuest College discriminated against her in violation of the Americans with Disabilities Act by refusing her requested accommodation to work full-time from home. She also alleges that MedQuest retaliated against her for engaging in activity protected by the ADA when it discharged her. MedQuest denies discriminating against Ms. Faulkner and alleges that it offered her other accommodations to prevent her job from triggering her disabilities. MedQuest also denies retaliating against Ms. Faulkner and alleges that it discharged her in October 2023 for business reasons unrelated to her disabilities.

Respectfully submitted,

*/s/ John H. Dwyer, Jr.*
John H. Dwyer, Jr.
Andrew J. Bokeno
**Wilson Elser Moskowitz Edelman & Dicker, LLP**
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
Telephone: (502) 238-8500
Email: john.dwyer@wilsonelser.com
Email: aj.bokeno@wilsonelser.com
*Counsel for Defendant, Dental Assisting Academy of Louisville, LLC*