UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:23-CV-00588-RGJ-CHL

**ALLISON FAULKNER,**                                                      **Plaintiff,**

v.

**DENTAL ASSISTING ACADEMY OF LOUISVILLE, LLC,**         **Defendant.**

## ORDER

The undersigned conducted *ex parte* calls regarding settlement in the above matter. Settlement negotiations were conducted in good faith, and the Parties reached an agreement for the resolution of all claims.

Therefore, the undersigned Magistrate Judge recommends that this action be dismissed as settled and with leave to reinstate within thirty days after entry of the order of dismissal if the Parties fail to fulfill the terms of the settlement agreement within that time.

*Colin H Lindsay, Magistrate Judge*
United States District Court

cc: Counsel of record

2|0   October 10, 2025