UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ALLISON FAULKNER     Plaintiff

v.     Civil Action No. 3:23CV-588-RGJ

DENTAL ASSISTING ACADEMY OF LOUISVILLE, LLC     Defendant

\* \* \* \* \*

**ORDER**

The Court, having been advised by the Magistrate Judge that settlement has been reached on all matters in this case [DE 61], **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET.**

The parties shall tender an agreed order dismissing this case with prejudice within forty-five (45) days of entry of this Order. The Court will entertain a motion to redocket this action upon application to this Court within forty-five (45) days from entry of this Order if the settlement is not consummated.

All pretrial and trial deadlines are remanded from the docket.

Copies to:  Counsel of Record & Jury Clerk.