# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| **ALLISON FAULKNER,** | ) Case No. 3:23-cv-588 |
| **Plaintiff,** | ) HON. REBECCA GRADY JENNINGS |
| v. | ) |
| **DENTAL ASSISTING ACADEMY OF LOUISVILLE, LLC, d/b/a MEDQUEST COLLEGE,** | ) |
| **Defendant.** | ) |

## JOINT NOTICE OF SETTLEMENT

**COME NOW,** Plaintiff Allison Faulkner and Defendant Dental Assisting Academy of Louisville, LLC, d/b/a MedQuest College, by and through their respective counsel, and pursuant to the Court's October 14, 2025, Order [Doc.62], jointly tender notice that they have fully and finally settled their differences in this civil action, subject to their finalization of a written settlement agreement and release of claims. The parties' agreement is contingent upon mutual obligations extending to January 2026. The parties therefore request that the Court maintain jurisdiction over this matter until the same have been met, at which time Plaintiff's counsel will tender a notice of voluntary dismissal with prejudice, with each side to bear their own costs.

**DATED: November 26, 2025.**

| | |
|---|---|
| Respectfully submitted,<br><br>**/s/Justin M. Whittaker**<br>Justin M. Whittaker, Esq. (92364)<br>WHITTAKER LAW, LLC<br>2055 Reading Road, Suite 260<br>Cincinnati, Ohio 45202<br>(513) 457-5545<br>(513) 436-0689 (fax)<br>Justin@WhittakerLawFirm.com<br><br>**Counsel for**<br>**Plaintiff Allison Faulkner** | Respectfully submitted,<br><br>**/s/John H. Dwyer**<br>John H. Dwyer, Jr., Esq.<br>Andrew-John R. Bokeno, Esq.<br>WILSON, ELSER,<br>MOSKOWITZ, EDELMAN & DICKER LLP<br>100 Mallard Creek Road, Suite 250<br>Louisville, Kentucky 40207<br>Telephone: (502) 238-8500<br>Facsimile: (502) 238-7995<br>Email: John.Dwyer@WilsonElser.com<br>Email: AJ.Bokeno@WilsonElser.com<br><br>**Counsel for Defendant**<br>**Dental Assisting College of Louisville, LLC,**<br>**d/b/a MedQuest College** |