## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | |
|---|---|
| **ALLISON FAULKNER,** | Case No. 3:23-cv-588 |
| **Plaintiff,** | **JUDGE:** |
| | **HON. REBECCA GRADY JENNINGS** |
| v. | |
| **DENTAL ASSISTING ACADEMY OF LOUISVILLE, LLC, d/b/a MEDQUEST COLLEGE,** | |
| **Defendant.** | |

### JOINT STIPULATION OF DISMISSAL

**COME NOW**, the parties by and through their respective counsel and respectfully tender their Joint Stipulation of Dismissal with prejudice of the above-captioned civil action under Civil Rule 41(a). The parties have fully and finally settled all disputes between them. The parties respectfully request that to the extent this matter remains on the Court's docket, (a) it be removed, and (b) all remaining deadlines, if any, be vacated. Each party will be bear and be responsible for their own costs. A proposed final entry of dismissal is attached for the Court's convenience.

**DATED: February 4, 2026.**

| | |
|---|---|
| Respectfully submitted,<br><br>**/s/Justin M. Whittaker**<br>Justin M. Whittaker, Esq. (92364)<br>WHITTAKER LAW, LLC<br>2055 Reading Road, Suite 260<br>Cincinnati, Ohio 45202<br>Tel: (513) 457-5545<br>Fax: (513) 436-0689<br>Justin@WhittakerLawFirm.com<br><br>**Counsel for**<br>**Plaintiff Allison Faulkner** | Respectfully submitted,<br><br>**/s/John H. Dwyer**<br>***(with email permission)***<br>John H. Dwyer, Jr., Esq.<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP<br>100 Mallard Creek Road, Suite 250<br>Louisville, Kentucky 40207<br>Tel: (502) 238-8500<br>Fax: (502) 238-7844<br>John.Dwyer@WilsonElser.com<br><br>**Counsel for**<br>**Defendant Dental Assisting**<br>**Academy of Louisville, LLC** |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically through the Court's CM/ECF filing system on **February 4, 2026**. Notice of this filing will be sent to all parties of record by operation of the same.

                                                    **/s/Justin M. Whittaker**
                                                    Justin M. Whittaker, Esq. (92364)