# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | | |
|---|---|---|
| **ALLISON FAULKNER,** | ) | Case No. 3:23-cv-588 |
| | ) | |
| **Plaintiff,** | ) | JUDGE: |
| | ) | HON. REBECCA GRADY JENNINGS |
| **v.** | ) | |
| | ) | |
| **DENTAL ASSISTING ACADEMY** | ) | |
| **OF LOUISVILLE, LLC, d/b/a** | ) | |
| **MEDQUEST COLLEGE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## FINAL ENTRY OF DISMISSAL

This matter is before the Court upon the Joint Stipulation of the parties via their respective counsel, advising the Court of their stipulation that the above-captioned matter should be dismissed with prejudice pursuant to Civil Rule 41(a).  Having reviewed the Joint Stipulation and being in all ways sufficiently advised, the Court is satisfied that dismissal with prejudice is appropriate.

**IT IS THEREFORE ORDERED**, that:

1. The above-captioned matter is dismissed with prejudice.

2. All remaining deadlines, if any, are vacated and removed from the Court's docket; and

3. The Clerk shall take any steps necessary to give effect to this Order.

**DATED:** _____    February 6, 2026

Rebecca Grady Jennings, District Judge

United States District Court